# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL GREEN, | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL INDICTMENT NO. |
| v. | : | 1:11-CR-0367-WBH |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL FILE NO. |
| Respondent. | : | 1:14-CV-0952-WBH |

## ORDER

The matter is before the Court for consideration of the Report and Recommendation, (R&R), [Doc. 34], in which the Magistrate Judge recommends denying the pending § 2255 motion and a certificate of appealability. Movant has filed his objections [Doc. 37], and this Court must perform a *de novo* review of those portions of the R&R to which Plaintiff has objected. Having performed such a review, this Court concludes that the Magistrate Judge's findings and conclusions are correct. As such, this Court hereby **ADOPTS** the R&R as the Order of this Court. The § 2255 motion [Doc. 30] and a certificate of appealability are **DENIED** and the above-styled civil action is **DISMISSED**.

**IT IS SO ORDERED** this 10 day of September, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)